UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONAVIE, LLC, a Utah limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>AMWAY CORP., a Virginia corporation,<br><br>    Defendant,<br><br>and<br><br>AMWAY CORP.,<br><br>    Consolidated-Plaintiff,<br><br>    v.<br><br>MONAVIE, INC., et al.,<br><br>    Consolidated-Defendants | No. MC08-5056- RBL<br><br>(No. 2:08-CV-00204 BSJ, Consolidated with No. 2:08-CV-00209 DB (D.C. Utah))<br><br>ORDER GRANTING MOTION TO SEAL AMWAY'S SUPPLEMENTAL MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS |

THIS MATTER came before the Court on Amway's Motion to Seal its Supplemental Motion to Compel Compliance With Subpoenas. Proper notice of said motion have been given to all counsel of record, the Court having considered the pleadings, and being fully advised, it is hereby

[PROPOSED] ORDER GRANTING MOTION TO SEAL AMWAY'S SUPPLEMENTAL MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS [MC08-5056 RBL] - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

ORDERED that Amway's Motion to Seal Supplemental Motion to Compel Compliance With Subpoenas is hereby GRANTED.

DATED this 19th day of January, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

BYRNES & KELLER LLP

By: /s/ Paul R. Taylor, WSBA #14851
 Paul R. Taylor, WSBA #14851
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: ptaylor@byrneskeller.com
One of Attorneys for Consolidated-Plaintiff Amway Corp.

[PROPOSED] ORDER GRANTING MOTION TO SEAL AMWAY'S SUPPLEMENTAL MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS [MC08-5056 RBL] - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000